**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**Long Island Federal Courthouse**
**814 Federal Plaza**
**Central Islip, NY 11722-4451**
**(631) 712-5730**

**BEFORE: ARLENE R. LINDSAY**
**United States Magistrate Judge**

**DATE: 10/6/2026**

**TIME: 10:00 AM**

**DOCKET NO: 21-cv-582 (ARL)**

**CASE: Knudson v. Correction Officer Anthony Martingano**

**_____ JURY SELECTION**
**_X__ JURY TRIAL CONTINUED**
**_X__ JURY CHARGE**
**_X__ JURY DELIBERATIONS**
**_X__ JURY VERDICT RETURNED**

**APPEARANCES**

**FOR PLAINTIFF:**
**Katherine Smith**
**Anna Berezovski**

**FOR DEFENDANTS:**
**Andrew Preston**
**Jason Bertuna**

**The following rulings were made:**

**Jury Trial continued. Closing Arguments made. Jury Charge provided. Jury deliberation commenced. Jury Verdict returned.**

**SO ORDERED:**
**___________/s/____________**