**United States District Court**
**Eastern District of New York**
------------------------------------------X
DAVID KNUDSON,

Plaintiff

- against -

CORRECTION OFFICER
ANTHONY MARTINGANO,

Defendant.
------------------------------------------X

**JUDGMENT IN A CIVIL CASE**

21-CV-582 (ARL)

[ **X** ] **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

[ ] **Decision by the Court**. This action came to trial/hearing before the Court. The issues have been tried/heard and a decision has been rendered.

It is **HEREBY ORDERED AND ADJUDGED** that the plaintiff (David Knudson) take nothing of the defendant (Correction Officer Anthony Martingano) and that the plaintiff's claims be dismissed on the merits.

**Brenna B. Mahoney**
Clerk of the Court

Robert Imrie
By: Robert Imrie
Deputy Clerk

Dated: 10/6/2026
Central Islip, New York